WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0539
By:    Andrea B. Schwartz, Esq.
        Benjamin J. Higgins, Esq.
        Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| SYNERGY PHARMACEUTICALS INC., *et al.,* | Case No. 18-14010 (JLG) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Synergy Pharmaceuticals Inc. and its affiliated debtors-in-possession:

1. Wilmington Savings Fund Society, FSB
   WSFS Bank Center
   500 Delaware Avenue
   Wilmington, Delaware 19801
   Attention: Patrick J. Healy, Senior Vice President
   Telephone: (302) 888-7420

2. 1992 MSF International Ltd.
   40 West 57th Street – 32nd Floor
   New York, New York 10019
   Attention: Damon P. Meyer, Managing Director
   Telephone: (212) 287-4908

3.  Healix Global, Inc.
    f/k/a Healix, Inc.
    100 West 33rd Street
    New York, New York 10001
    Attention: Jack Triolo, Director Finance Operations
    Telephone: (212) 605-7801

4.  McKesson Corporation
    d/b/a RelayHealth Pharmacy
    450 Lindbergh Drive
    Moon Township, Pennsylvania 15108
    Attention: Ben R. Carlsen, Counsel, Credit & Bankruptcy
    Telephone: (404) 461-4232

5.  Sudler & Hennessy, LLC
    230 Park Avenue South
    New York, New York 10003
    Attention: Chris Borella, Chief Financial Officer
    Telephone: (212) 614-3956

Dated: New York, New York
       December 20, 2018

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                                      By  *Andrea B. Schwartz*
                                              Andrea B. Schwartz
                                              Benjamin J. Higgins
                                              Trial Attorneys
                                      U.S. Department of Justice
                                      Office of the United States Trustee
                                      201 Varick Street, Room 1006
                                      New York, NY 10014
                                      Tel. (212) 510-0500