**Hearing Date: December 21, 2018 at 11:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lisa Laukitis
Christine A. Okike
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Ron E. Meisler (admitted *pro hac vice*)
Christopher M. Dressel (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel to Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **SYNERGY PHARMACEUTICALS INC.,** *et al.*, | **Case No. 18-14010 (JLG)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS
SCHEDULED FOR HEARING ON
DECEMBER 21, 2018 AT 11:00 A.M.**

Time and Date of Hearing:    December 21, 2018 at 11:00 a.m. (Prevailing Eastern Time)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Synergy Pharmaceuticals Inc. (5269); Synergy Advanced Pharmaceuticals, Inc. (4596). The address of the Debtors' corporate headquarters is 420 Lexington Avenue, Suite 2012, New York, New York 10170.

[2] **Revisions to the prior version of the agenda appear in bold.**

| | |
|---|---|
| Location of Hearing: | Honorable James L. Garrity Jr., Courtroom 601, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' notice and claims agent, Prime Clerk, LLC, at https://cases.primeclerk.com/Synergy  or by calling **1-855-388-4579** (toll free from the U.S. and Canada); or **1-646-795-6978** (international) or by **e-mail** at synergyinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website. |

## I. UNCONTESTED MATTERS

1. Debtors' Motion for Entry of Order (I) Waiving Certain List Filing Requirements; (II) Authorizing the Filing of a Consolidated List of Top 20 Unsecured Creditors; (III) Authorizing Debtors to Redact Certain Personal Identification Information for Individual Creditors; (IV) Authorizing Debtors to Establish Procedures for Notifying Parties of the Commencement of These Cases; and (V) Waiving the Requirements to File the List of Equity Security Holders and Provide Notice of Commencement to Equity Security Holders [Docket No. 3]

   | | |
   |---|---|
   | Objection Deadline: | December 19, 2018 at 4:00 p.m. (Prevailing Eastern Time). |
   | Responses Filed: | None. |
   | Related Documents: | Notice of Adjournment of Hearing [Docket No. 57] |
   | **Status:** | **This matter is going forward.** |

2. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 9]

   | | |
   |---|---|
   | Objection Deadline: | December 19, 2018 at 4:00 p.m. (Prevailing Eastern Time). |
   | Responses Filed: | None. |
   | Related Documents: | Notice of Adjournment of Hearing [Docket No. 57] |
   | **Status:** | **This matter is going forward.** |

3. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service [Docket No. 10]

    <u>Objection Deadline</u>: December 19, 2018 at 4:00 p.m. (Prevailing Eastern Time).

    <u>Responses Filed</u>: None.

    <u>Related Documents</u>: Notice of Adjournment of Hearing [Docket No. 57]

    **<u>Status</u>:** **This matter is going forward.**

**II    CONTESTED MATTERS**

1. Debtors' Motion For Interim And Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 15]

    <u>Objection Deadline</u>: December 19, 2018 at 4:00 p.m. (Prevailing Eastern Time).

    <u>Responses Filed</u>: Preliminary Objection of 1992 MSF International Ltd. and 1992 Tactical Credit Master Fund, L.P. to the Debtors' Motion for an Order Authorizing the Debtors to Obtain Postpetition Financing and Reservation of Rights [Docket No. 48]

    Objection of Rohit Sharma (not filed on Court's docket)

    **Objection of Abhishek Singh Baghel [Docket No. 73]**

    Reservation of Rights of 1992 MSF International Ltd. and 1992 Tactical Credit Master Fund, L.P. to the Second Interim Order Authorizing the Debtors to Obtain PostPetition Financing and Granting Related Relief [Docket No. 79]

...

Preliminary Objection of the Ad Hoc Committee of Equity Holders to Debtors' DIP Financing Motion and Joinder to Objection Filed by Affiliates of Highbridge Capital [Docket No. 80]

**Objection of Rohit Sharma [Docket No. 89]**

**Objection of Massimo Mearelli [Docket No. 90]**

**Objection of Synergy Pharma Shareholders [Docket No. 91]**

Related Documents:    First Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 50]

Notice of Hearing on Second Interim Order on Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 68]

Notice of Filing of (1) Supplemental Documents In Support of Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief; and (2) Senior Secured, Priming and Superpriority Debtor-In-Possession Credit Agreement [Docket No. 87]

**Status:**    **This matter is going forward.**

Dated: New York, New York
December 20, 2018

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Lisa Laukitis*
        Lisa Laukitis
        Christine A. Okike
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        – and –

        Ron E. Meisler (admitted *pro hac vice*)
        Christopher M. Dressel (admitted *pro hac vice*)
        Jennifer Madden (admitted *pro hac vice*)
        155 North Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Proposed Counsel to Debtors*
        *and Debtors-in-Possession*