UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                    Chapter 11

SYNERGY PHARMACEUTICALS INC., *et al.,*                  Case No. 18-14010 (JLG)

                                                         (Jointly Administered)

                        Debtors.
-----------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102 of title 11, United States Code, hereby appoints the following equity security holders of the above-captioned debtors, that are willing to serve, to the Official Committee of Equity Security Holders of Synergy Pharmaceuticals Inc. and its affiliated debtors-in-possession:

1. Samuel Goldstein
   49 Lagunita Drive
   Laguna Beach, CA 92651

2. Jerome Lewis Jennings
   4998 Red Pine Ave.
   Burnee, IL 60031

3. John J. Sastry
   15969 Downall Green Drive
   Chesterfield, MO 63017

4. Michael L. Meyer
   180 New Port Center Dr., Suite 230
   Newport Beach, CA 92660

5. Dorin Toderas
   12A, Remetea St.
   Cluj-Napoca, 400344, Romania

    6.      Rohit Sharma
            416 S. 19th Street
            Philadelphia, PA 19146

    7.      Logan J. Reed
            40 Sunset Hill Drive
            Branford, CT 06405

Dated: New York, New York
       January 29, 2019

                                    WILLIAM K. HARRINGTON
                                  UNITED STATES TRUSTEE

                                  By    */s/ Benjamin J. Higgins*
                                            Benjamin J. Higgins
                                            Greg M. Zipes
                                            Trial Attorneys
                                  U.S. Department of Justice
                                  Office of the United States Trustee
                                  201 Varick Street, Room 1006
                                  New York, NY 10014
                                  Tel. (212) 510-0500