February 6, 2019 at 4:00 p.m. (Prevailing Eastern Time)

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Lisa Laukitis<br>Christine A. Okike<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Neil M. Berger<br>Kyle J. Ortiz<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>Telephone: (212) 594-5000<br>Fax: (212) 967-4258 |

– and –

Ron E. Meisler (admitted *pro hac vice*)
Christopher M. Dressel (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel to Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**SYNERGY PHARMACEUTICALS INC.**, *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 18-14010 (JLG)**<br><br>**(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON FEBRUARY 6, 2019 AT 4:00 P.M.</u>**

Time and Date of Hearing:    February 6, 2019 at 4:00 p.m. (Prevailing Eastern Time)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Synergy Pharmaceuticals Inc. (5269); Synergy Advanced Pharmaceuticals, Inc. (4596). The address of the Debtors' corporate headquarters is 420 Lexington Avenue, Suite 2012, New York, New York 10170.

| | |
|---|---|
| Location of Hearing: | Honorable James L. Garrity Jr.*,* Courtroom 601, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' notice and claims agent, Prime Clerk, LLC, at https://cases.primeclerk.com/Synergy or by calling **1-855-388-4579** (toll free from the U.S. and Canada); or **1-646-795-6978** (international) or by **e-mail** at synergyinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website. |

**I.    CONTESTED MATTERS**

1.  Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Centerview Engagement Letter, (II) Waiving Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 135]

    | | |
    |---|---|
    | Objection Deadline: | At the hearing held on January 30, 2019, the Court stated that no further objections/responses were required. |
    | Responses Filed: | Objection of the United States Trustee to Debtors' Application for Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Centerview Engagement Letter, (III) Waiving Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 194] |
    | | Further Response of the United States Trustee in Connection to Objection to Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Centerview Engagement Letter, (III) Waiving Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 273] |

2

| | |
|---|---|
| <u>Reply Deadline</u>: | At the hearing held on January 30, 2019, the Court requested that the Debtors provide additional disclosures, under seal if necessary. |
| <u>Replies</u>: | Reply in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Centerview Engagement Letter, (III) Waiving Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 231] |
| | Supplemental Reply to U.S. Trustee Objection and in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Centerview Engagement Letter, (III) Waiving Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 252] |
| | Debtors' Ex Parte Motion for Leave to Redact and File Under Seal Certain Portions of the Declaration of Gary Gemignani in Support of the Centerview Retention Order [Docket No. 296] |
| | Declaration of Gary Gemignani in Support of the Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Centerview Engagement Letter, (III) Waiving Certain Time Keeping Requirements [Docket No. 298] |
| | Declaration of Amanda Kosowsky in Support of the Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker and Financial Advisor to the Debtors Effective Nunc Pro Tunc to the Petition Date, (II) Approving the Terms of the Centerview Engagement Letter, (III) Waiving Certain Time Keeping Requirements, and (IV) Granting Related Relief [Docket No. 299] |

| | |
|---|---|
| <u>Related Documents</u>: | Order Under 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing Redaction and Sealing [Docket No. 297] |
| **<u>Status</u>:** | **This matter is going forward.** |

Dated: New York, New York
February 4, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 */s/ Lisa Laukitis*
Lisa Laukitis
Christine A. Okike
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Ron E. Meisler (admitted *pro hac vice*)
Christopher M. Dressel (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Neil M. Berger
Kyle J. Ortiz
One Penn Plaza
Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

*Counsel to Debtors
and Debtors-in-Possession*