**February 21, 2019 at 11:00 a.m. (Prevailing Eastern Time)**

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Lisa Laukitis<br>Christine A. Okike<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000<br><br>– and –<br><br>Ron E. Meisler (admitted *pro hac vice*)<br>Christopher M. Dressel (admitted *pro hac vice*)<br>Jennifer Madden (admitted *pro hac vice*)<br>155 North Wacker Drive<br>Chicago, Illinois 60606-1720<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411<br><br>*Counsel to Debtors*<br>*and Debtors-in-Possession* | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Neil M. Berger<br>Kyle J. Ortiz<br>One Penn Plaza<br>Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Fax: (212) 967-4258<br><br><br><br><br><br><br><br><br><br><br><br><br>*Proposed Counsel to Debtors*<br>*and Debtors-in-Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**SYNERGY PHARMACEUTICALS INC.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 18-14010 (JLG)**<br><br>**(Jointly Administered)** |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON**
**FEBRUARY 21, 2019 AT 11:00 A.M.**

Time and Date of Hearing:    February 21, 2019 at 11:00 a.m. (Prevailing Eastern Time)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Synergy Pharmaceuticals Inc. (5269); Synergy Advanced Pharmaceuticals, Inc. (4596). The address of the Debtors' corporate headquarters is 420 Lexington Avenue, Suite 2012, New York, New York 10170.

[2] **For ease of reference, amended items appear in bold.**

| | |
|---|---|
| Location of Hearing: | Honorable James L. Garrity Jr., Courtroom 601, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, or (iii) from the Debtors' notice and claims agent, Prime Clerk, LLC, at https://cases.primeclerk.com/Synergy or by calling **1-855-388-4579** (toll free from the U.S. and Canada); or **1-646-795-6978** (international) or by e-mail at synergyinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website. |

**I.    UNCONTESTED MATTERS**

1. Debtors' Application for Order Pursuant to Bankruptcy Code Sections 327(a) and 328 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Co-Counsel to the Debtors and Debtors in Possession, *Nunc Pro Tunc* to December 31, 2018 [Docket No. 294]

    | | |
    |---|---|
    | <u>Objection Deadline</u>: | February 14, 2019 at 4:00 p.m. |
    | <u>Responses Filed</u>: | None |
    | <u>Related Documents</u>: | Certificate of No Objection to Debtors' Application for Order Pursuant to Bankruptcy Code Sections 327(a) and 328 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Co-Counsel to the Debtors and Debtors in Possession, *Nunc Pro Tunc* to December 31, 2018 [Docket No. 388] |
    | **<u>Status</u>:** | **This matter is going forward.** |

2. Application for Order Authorizing Employment and Retention of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 20, 2018 [Docket No. 241]

    | | |
    |---|---|
    | <u>Objection Deadline</u>: | February 14, 2019 at 4:00 p.m. |
    | <u>Responses Filed</u>: | None |
    | <u>Related Documents</u>: | First Supplemental Declaration of Matthew L. Warren in Support of Application for Order Authorizing Employment and Retention of Latham & Watkins LLP as Counsel to the Committee of |

                Unsecured Creditors *Nunc Pro Tunc* to December 20, 2018 [Docket No. 331]

                Certificate of No Objection With Respect to Application for Order Authorizing Employment and Retention of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 20, 2018 [Docket No. 385]

        **Status:**        **This matter is going forward.**

3. Application for Order Authorizing Employment and Retention of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 28, 2018 [Docket No. 242]

    Objection Deadline:    February 14, 2019 at 4:00 p.m.

    Responses Filed:    None

    Related Documents:    Certificate of No Objection With Respect to Application for Order Authorizing Employment and Retention of Jefferies LLC as Investment Banker to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 20, 2018 [Docket No. 386]

    **Status:**    **This matter is going forward.**

4. Application for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 20, 2018 [Docket No. 243]

    Objection Deadline:    February 14, 2019 at 4:00 p.m.

    Responses Filed:    None

    Related Documents:    Certificate of No Objection With Respect to Application for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 20, 2018 [Docket No. 387]

    **Status:**    **This matter is going forward.**

5. Debtors' Application for an Order Authorizing (I) Rejection of Unexpired Leases for New York City Offices and (II) Abandonment of Used Office Furniture [Docket No. 303]

    Objection Deadline:    February 14, 2019 at 4:00 p.m.

|   |   |
|---|---|
| Responses Filed: | None |
| Related Documents: | Certificate of No Objection to Debtors' Application for an Order Authorizing (I) Rejection of Unexpired Leases for New York City Offices and (II) Abandonment of Used Office Furniture [Docket No. 389] |
| **Status:** | **This matter is going forward.** |

## II.  CONTESTED MATTERS

6. Motion for Entry of an Order Directing the United States Trustee to Appoint Kenneth S. Grossman and Mohamed F. Mitwally to the Official Committee of Equity Security Holders [Docket No. 343]

|   |   |
|---|---|
| Objection Deadline: | February 19, 2019 at 12:00 p.m. |
| Responses Filed: | **Objection of the United States Trustees to the Motion for Entry of an Order Directing the United States Trustee to Appoint Kenneth S. Grossman and Mohamed F. Mitwally to the Official Committee of Equity Security Holders [Docket No. 396]** |
| Related Documents: | Motion Shortening Time on Motion for an Order Directing the United States Trustee to Appoint Kenneth S. Grossman and Mohamed F. Mitwally to the Official Committee of Equity Security Holders [Docket No. 344] |
|   | Order Shortening Time on Motion for Entry of an Order Directing the United States Trustee to Appoint Kenneth S. Grossman and Mohamed F. Mitwally to the Official Committee of Equity Security Holders [Docket No. 346] |
| Replies: | **Reply to Objection of the United States Trustee to Motion for an Order Directing the United States Trustee to Appoint Kenneth S. Grossman and Mohamed F. Mitwally to the Official Committee of Equity Security Holders [Docket No. 399]** |
|   | **Verified Statement of Stevens & Lee, P.C. Pursuant to Bankruptcy Rule 2019 [Docket No. 400]** |
| **Status:** | **This matter is going forward.** |

7. Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Defense Expenses Under Insurance Policy [Docket No. 311]

    Objection Deadline:    February 14, 2019 at 4:00 p.m.

    Responses Filed:    Reservation of Rights with Respect to Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Defense Expenses Under Insurance Policy [Docket No. 340]

    Limited Objection of the Official Committee of Equity Security Holders to the Debtors' Motion for an Order Modifying the Automatic Stay to Permit Payments of Defense Expenses Under Insurance Policy [Docket No. 345]

    Statement of Securities Lead Plaintiffs With Respect to Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Defense Expenses Under Insurance Policy [Docket No. 347]

    Reply:    Debtors' Reply in Support of Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Defense Expenses Under Insurance Policy [Docket No. 384]

    **Status:**    **This matter is going forward.**

8. Debtors' Motion for Entry of Order Approving Settlement of Objections to Prepetition Secured Obligations and Prepetition Liens [Docket No. 312]

    Objection Deadline:    February 14, 2019 at 4:00 p.m.

    Responses Filed:    Objection of Securities Lead Plaintiffs to Debtors' Motion for Entry of Order Approving Settlement of Objections to Prepetition Secured Obligations and Prepetition Liens [Docket No. 348]

    Objection of the Official Committee of Equity Security Holders of Synergy Pharmaceuticals to the Debtors' Motion for Entry of Order Approving Settlement of Objections to Prepetition Secured Obligations and Prepetition Liens [Docket No. 351]

5

|  |  |
|---|---|
|  | Declaration of Geoffrey Coutts in Support of Objection of the Official Committee of Equity Security Holders of Synergy Pharmaceuticals to the Debtors' Motion for Entry of Order Approving Settlement of Objections to Prepetition Secured Obligations and Prepetition Liens [Docket No. 353] |
| Related Documents: | Debtors' *Ex Parte* Motion for Entry of Order Authorizing Debtors to Redact and File Under Seal Fee Letter Appended to Settlement Approval Motion [Docket No. 313] |
|  | Order Granting Debtors' *Ex Parte* Motion to Authorize Debtors to Redact Fee Letter [Docket No. 314] |
|  | Notice of Filing of Debtors' Redacted Fee Letter [Docket No. 315] |
| Replies: | Omnibus Reply of Official Committee of Unsecured Creditors to Objections to the Debtors' Motion for Entry of Order Approving Settlement of Objections to Prepetition Secured Obligations and Prepetition Liens [Docket No. 380] |
|  | Reply of CRG Servicing LLC and Affiliated Lenders to Equity Committee's Objection to Settlement Agreement [Docket No. 381] |
|  | Declaration of Andrei Dorenbaum in Support of CRG Servicing LLC's and Affiliated Lenders' Reply to the Equity Committee's Objections to Settlement Agreement [Docket No. 382] |
|  | Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of Order Approving Settlement of Objections to Prepetition Secured Obligations and Prepetition Liens [Docket No. 383] |

**Status:** **This matter is going forward.**

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 15]

   Objection Deadline:    February 14, 2019 at 4:00 p.m.

| | |
|---|---|
| Responses Filed: | Reservation of Rights with Respect to the Debtors' Motion for an Order Authorizing the Debtors to Obtain Postpetition Financing and Requesting Related Relief (Creditors' Committee) [Docket No. 339] |
| | Objection of the Official Committee of Equity Security Holders to The Debtors' Motion for an Order Authorizing the Debtors to Obtain Postpetition Financing [Docket No. 349] |
| | Declaration of Geoffrey Coutts in Support of Objection of the Official Committee of Equity Security Holders to the Debtors' Motion for an Order Authorizing the Debtors to Obtain Postpetition Financing [Docket No. 350] |
| Related Documents: | Notice of Hearing on Final Order on Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [Docket No. 258] |
| | First Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 50] |
| | Second Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 113] |
| | Third Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, |

|  |  |
|---|---|
|  | (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 250] |
|  | Notice of Filing of Proposed Form of Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief [Docket No. 377] |
| <u>Reply Deadline</u>: | February 19, 2019 at 12:00 p.m. |
| <u>Replies</u>: | Debtors' Reply in Support of Debtors' Motion for Entry of a Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to use Cash Collateral, (III) Granting Certain Protections to Prepetition Secured Parties, and (IV) Granting Related Relief [Docket No. 390] |
|  | **Joinder of the DIP Agent and the DIP Lenders to Debtors' Reply to Equity Committee's Objection to Final DIP Order [Docket No. 395]** |
| <u>**Status**</u>**:** | **This matter is going forward.** |

*[Remainder of Page Intentionally Left Blank]*

8

Dated: New York, New York
       February 20, 2019

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                        */s/ Lisa Laukitis*
                        Lisa Laukitis
                        Christine A. Okike
                        Four Times Square
                        New York, New York 10036-6522
                        Telephone: (212) 735-3000
                        Fax: (212) 735-2000

                        – and –

                        Ron E. Meisler (admitted *pro hac vice*)
                        Christopher M. Dressel (admitted *pro hac vice*)
                        Jennifer Madden (admitted *pro hac vice*)
                        155 North Wacker Drive
                        Chicago, Illinois 60606-1720
                        Telephone: (312) 407-0700
                        Fax: (312) 407-0411

                        – and –

                        TOGUT, SEGAL & SEGAL LLP
                        Albert Togut
                        Neil M. Berger
                        Kyle J. Ortiz
                        One Penn Plaza
                        Suite 3335
                        New York, New York 10119
                        Telephone: (212) 594-5000
                        Fax: (212) 967-4258

                        *Counsel to Debtors*
                        *and Debtors-in-Possession*