**STEVENS & LEE, P.C.**
Nicholas F. Kajon (nfk@stevenslee.com)
Constantine Pourakis (cp@stevenslee.com)
485 Madison Avenue, 20th Floor
New York, New York 10022
Tel: (212) 319-8500

*Proposed Special Litigation Counsel to Appellant*
*The Official Committee of Equity Security Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SYNERGY PHARMACEUTICALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-14010 (JLG)<br><br>(Jointly Administered) |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Appellant, The Official Committee of Equity Security Holders (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors (the "Debtors"), by and through its proposed special litigation counsel, hereby appeals pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8003 to the United States District Court for the Southern District of New York from the United States Bankruptcy Court for the Southern District of New York's *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Synergy Pharmaceuticals Inc. (5269); Synergy Advanced Pharmaceuticals, Inc. (4596). The address of the Debtors' corporate headquarters is 420 Lexington Avenue, Suite 2012, New York, New York 10170.

SL1 1576551v1 113276.00001

*(V) Modifying the Automatic Stay, and (VI) Granting Related Relief*, dated February 26, 2019

[Docket No. 454], a copy of which is attached hereto, in the above-captioned Chapter 11 cases.

The names, addresses, and telephone numbers of the Appellant's and Appellees' respective attorneys are as follows:

Appellant:	Nicholas F. Kajon
Constantine D. Pourakis
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 319-8500
*Proposed Special Litigation Counsel to Appellant*
*The Official Committee of Equity Security Holders of*
*Synergy Pharmaceuticals Inc. and*
*Synergy Advanced Pharmaceuticals, Inc.*

Appellee:	Lisa Laukitis, Esq.
Christine A. Okike, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Time Square
New York, NY 10036-6522
Tel: (212) 735-3000
-and-
Ron E. Meisler, Esq.
Christopher M. Dressel, Esq.
Jennifer Madden, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0700
-and-
Albert Togut, Esq.
Neil M. Berger, Esq.
Kyle J. Ortiz, Esq.
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Tel: (212) 594-5000
*Counsel and Co-Counsel to Appellees Synergy*
*Pharmaceuticals Inc. and Synergy Advanced*
*Pharmaceuticals, Inc.*

2

| | |
|---|---|
| Appellee: | Jeffrey S. Sabin, Esq.<br>Carol A. Weiner, Esq.<br>Lawrence H. Cooke II<br>Michael A. Guerra, Esq.<br>VENABLE LLP<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Tel: (212) 307-5500<br>*Counsel to Appellees CRG Servicing LLC,<br>CRG Partners III L.P., CRG Partners III (Cayman) Unlev AIV I L.P., CRG Partners III L.P. – Parallel Fund "A" L.P., CRG Partners III L.P. – Parallel Fund "B" L.P., and CRG Partners III (Cayman) Lev AIV I L.P.* |
| Appellee: | Richard A. Levy, Esq.<br>Matthew L. Warren, Esq.<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Tel: (312) 876-7700<br>-and-<br>Christopher Harris, Esq.<br>Blake T. Denton, Esq.<br>Jeffrey Mispagel, Esq.<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br><br>*Counsel to Appellee Official Committee of Unsecured Creditors for Synergy Pharmaceuticals Inc. and Synergy Advanced Pharmaceuticals, Inc.* |

Dated: March 12, 2019
New York, New York

         **STEVENS & LEE, P.C.**

         By:*/s/ Nicholas F. Kajon*
         Nicholas F. Kajon
         Constantine Pourakis
         485 Madison Avenue, 20th Floor
         New York, New York 10022
         Tel: (212) 319-8500

         *Proposed Special Litigation Counsel to Appellant The Official Committee of Equity Security Holders*