| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Lisa Laukitis<br>Christine A. Okike<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Neil M. Berger<br>Kyle J. Ortiz<br>One Penn Plaza<br>Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Fax: (212) 967-4258 |

– and –

Ron E. Meisler (admitted *pro hac vice*)
Christopher M. Dressel (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsels to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| | : | |
| **SYNERGY PHARMACEUTICALS INC.,** *et al.*, | : | **Case No. 18-14010 (JLG)** |
| | : | |
| Debtors.[1] | : | **Jointly Administered** |
| | : | |

### NOTICE OF CANCELLATION OF HEARING SCHEDULED
### FOR MARCH 20, 2019 AT 11:00 A.M.

**PLEASE TAKE NOTICE** that the hearing scheduled for March 20, 2019 at

11:00 a.m. (Prevailing Eastern Time) before the Honorable James L. Garrity, United States

Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Synergy Pharmaceuticals Inc. (5269); Synergy Advanced Pharmaceuticals, Inc. (4596). The address of the Debtors' corporate headquarters is 420 Lexington Avenue, Suite 2012, New York, New York 10170.

for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004, has been cancelled.

Dated: New York, New York
March 18, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Ron E Meisler*
Lisa Laukitis
Christine A. Okike
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Ron E. Meisler (admitted *pro hac vice*)
Christopher M. Dressel (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Neil M. Berger
Kyle J. Ortiz
One Penn Plaza
Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

*Counsels to Debtors
and Debtors-in-Possession*