**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re  Synergy Pharmaceuticals Inc., *et al.*  
     Debtor

Case No.  18-14010 (JLG) (Jointly Administered)  
Reporting Period:  March 1, 2019 to March 31, 2019  
Federal Tax I.D. #  33-0505269

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|     Copies of Bank Statements | | | |
|     Cash Disbursements Journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | | X |
|     Copies of IRS Form 6123 or payment receipt | | | |
|     Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
|     Listing of Aged Accounts Payable | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Payments to Estate Professionals | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date  4/26/2019

Signature of Authorized Individual* _____  Date  4/26/2019

Printed Name of Authorized Individual  Gary G. Gemignani  Date  4/26/2019

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Synergy Pharmaceuticals Inc.,** *et al.*  
**Debtors-in-Possession**  
**Global Notes**  
**For March 1, 2019 to March 31, 2019**  
*(Unaudited)*

Case No. 18-14010 (JLG) (Jointly Administered)  
Reporting Period: March 1, 2019 to March 31, 2019

## Global Notes

The Monthly Operating Report includes activity for the following Debtors:

| Debtor | Case Number |
|---|---|
| Synergy Pharmaceuticals Inc. | 18-14010 (JLG) |
| Synergy Advanced Pharmaceuticals, | 18-14011 (JLG) |

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with generally accepted accounting principles ("GAAP") in the United States. In addition, the financial statements and supplemental information contained herein represent condensed combined information.

The unaudited consolidated financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

The undersigned, having reviewed the attached report and being familiar with the Debtors financial affairs, verifies, under penalty of perjury, that the information contained herein is complete, accurate and truthful to the best of my knowledge, information, and belief.

_____  
Gary Gemignani  
Executive Vice President and Chief Financial Officer

4/26/2019  
Date

**Synergy Pharmaceuticals Inc.,** *et al.*     Case No. 18-14010 (JLG) (Jointly Administered)
**Debtors-in-Possession**     Reporting Period: March 1, 2019 to March 31, 2019
**MOR - 1**
**Schedule of Receipts and Disbursements**
**For March 1, 2019 to March 31, 2019**
*(Unaudited)*

## Schedule of Receipts and Disbursements

| In U.S. Dollars | Synergy Pharmaceuticals Inc. | Synergy Advanced Pharmaceuticals | Current Period Total |
|---|---:|---:|---:|
| Sales Receipts | $ 2,902,762 | $ - | $ 2,902,762 |
| All Other Receipts | 52,911 | - | 52,911 |
| **Total Receipts** | **2,955,672** | **-** | **2,955,672** |
| Payroll | (1,453,823) | (2,793,525) | (4,247,348) |
| Sales & Market Access Support | (1,061,657) | - | (1,061,657) |
| Gross-To-Nets (Settled in Cash) | (7,640,899) | - | (7,640,899) |
| Inventory | (4,701,029) | - | (4,701,029) |
| R&D / Regulatory | (59,085) | - | (59,085) |
| General & Administrative | (395,634) | - | (395,634) |
| Other Disbursements | (1,368,060) | - | (1,368,060) |
| **Op Disbursements** | **(16,680,187)** | **(2,793,525)** | **(19,473,712)** |
| **Operating CF** | **(13,724,515)** | **(2,793,525)** | **(16,518,040)** |
| Corporate taxes | - | - | - |
| Interest & Fees | (1,189,216) | - | (1,189,216) |
| **Non-Op Disbursements** | **(1,189,216)** | **-** | **(1,189,216)** |
| **Book CF Before DIP & Restructuring** | **(14,913,731)** | **(2,793,525)** | **(17,707,256)** |
| **Restructuring Charges** | | | |
| Critical Vendor / 503(b)(9) | (17,350) | - | (17,350) |
| DIP Financing Fees | (1,350,000) | - | (1,350,000) |
| Professional Fees | (5,277,104) | - | (5,277,104) |
| KERP / KEIP | - | - | - |
| Misc. Restructuring | - | - | - |
| Cash Collateralization of LCs/Surety Bonds | - | - | - |
| **Restructuring Charges** | **$ (6,644,455)** | **$ -** | **$ (6,644,455)** |

| | |
|---|---:|
| **Beginning Bank Cash** | $ 52,379,376 |
| Book CF Before DIP & Restructuring | (17,707,256) |
| Change in Float / Other | (1,148,229) |
| Restructuring Charges | (6,644,455) |
| DIP Proceeds (New Money) | - |
| DIP Paydown | (159,107,870) |
| 363 Sale Proceeds | 188,135,250 |
| Severance Consideration | 10,435,133 |
| **Ending Bank Cash** | **$ 66,341,948** |

**Synergy Pharmaceuticals Inc.,** *et al.*
**Debtors-in-Possession**
**MOR - 1a**
**Schedule of Bank Account Balances**
**As of March 31, 2019**
*(Unaudited)*

Case No. 18-14010 (JLG) (Jointly Administered)
Reporting Period: March 1, 2019 to March 31, 2019

### Schedule of Bank Account Balances

| Case # | Debtor Entity | Bank Name | Account Type / Purpose | Currency | Ending in: | (USD) |
|---|---|---|---|---|---|---|
| 18-14010 (JLG) | Synergy Pharmaceuticals Inc. | HSBC Bank USA, N.A. | Operations (Checking) Account | USD | 5073 | $ 59,644,778 |
| 18-14010 (JLG) | Synergy Pharmaceuticals Inc. | HSBC Bank USA, N.A. | Operations (Checking) Account - Severance Consideration | USD | 5073 | $ 6,697,170 |
| 18-14010 (JLG) | Synergy Pharmaceuticals Inc. | HSBC Bank USA, N.A. | Receivables Concentration Lockbox[1] | USD | 0839 | $ - |
| 18-14010 (JLG) | Synergy Pharmaceuticals Inc. | Morgan Stanley Bank, N.A. | Savings (Securities) Account[3] | USD | 0284 | $ - |
| 18-14010 (JLG) | Synergy Pharmaceuticals Inc.[2] | Wells Fargo Bank, N.A. | PharmaMetrics Account - Medicare/Medicaid Rebates | USD | 2029 | $ - |
| 18-14010 (JLG) | Synergy Pharmaceuticals Inc. | HSBC Bank USA, N.A. | Utilities Adequate Assurance Account[4] | USD | 5336 | $ 15,000 |
| **TOTAL BANK CASH** | | | | | | **$ 66,356,948** |

The above captioned debtors (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements.

"I attest that each of the Debtors' bank accounts have been reconciled to monthly bank statements for the month ending 3/31/19."

_[signature]_                                                        4/26/2019
Gary Gemignani                                                       Date
Executive Vice President and Chief Financial Officer

[1] The Receivables Concentration Lockbox is not considered a separate bank account but is presented individually from the HSBC Operations Account. The lockbox sweeps on a daily basis, resulting in a zero dollar balance as of the end of March 31, 2019.

[2] The PharmaMetrics Wells Fargo account is not a bank account belonging to the Debtors but has been included per request from the Office of the US Trustee.

[3] The Morgan Stanley Savings (Securities) account was fully redeemed and deposited into the HSBC Operations (Checking) account.

[4] Pursuant to the Utilities Order, a Utilities Adequate Assurance Account was opened during the period of January 1, 2019 to January 31, 2019.

| Reconciliation to MOR-1 | | Notes |
|---|---|---|
| Total Bank Cash from Schedule MOR-1a | $ 66,356,948 | This is the total cash balance displayed above. |
| PharmaMetrics Account Ending Balance | - | Cash held in the PharmaMetrics account has left the Estate. |
| Utitlities Account Ending Balance | (15,000) | Cash held in Utilities Adequate Assurance Account. |
| **Total Cash Balances** | **$ 66,341,948** | |

| Reconciliation to MOR-3 / Balance Sheet Cash | MOR-1a Balance Excl. PharmaMetrics | Book to Bank Timing Difference | MOR-3 Balance Sheet |
|---|---|---|---|
| Synergy Pharmaceuticals Inc. | $ 66,356,948 | $ (539,877) | $ 65,817,072 |
| Synergy Advanced Pharmaceuticals, Inc. | - | - | - |
| **Total** | **$ 66,356,948** | **$ (539,877)** | **$ 65,817,072** |

**Synergy Pharmaceuticals Inc., et al.**  Case No. 18-14010 (JLG) (Jointly Administered)
**Debtors-in-Possession**  Reporting Period: March 1, 2019 to March 31, 2019
**MOR - 2**
**Statement of Operations**
**For March 1, 2019 to March 31, 2019**
*(Unaudited)*

### Statement of Operations

| In U.S. Dollars | Synergy Pharmaceuticals Inc. | Synergy Advanced Pharmaceuticals | Current Period Total |
|---|---:|---:|---:|
| Net Sales | $ - | $ - | $ - |
| Cost of Goods Sold [1] | 28,870 | - | 28,870 |
| **Gross Profit** | **(28,870)** | **-** | **(28,870)** |
| SG&A | 14,499,955 | - | 14,499,955 |
| Research & Development | (34,514) | - | (34,514) |
| Depreciation and Amortization | - | - | - |
| Severance and Transaction-Related Costs | - | - | - |
| Other Income, net | 1,934 | - | 1,934 |
| **Operating Income (Loss)** | **(14,496,245)** | **-** | **(14,496,245)** |
| Change in Fair Value of Derivatives | - | - | - |
| Gain on Sale of Assets (to Bausch) | (163,932,602) | - | (163,932,602) |
| Reorganization items, net | - | - | - |
| Interest Expense, net | 9,881,036 | - | 9,881,036 |
| **Income (Loss) Before Income Tax (Benefit) Expense** | **139,555,321** | **-** | **139,555,321** |
| Income Tax Expense | - | - | - |
| **Net Income (Loss)** | **$ 139,555,321** | **$ -** | **$ 139,555,321** |

[1] Cost of Goods Sold includes standard COGS, Other COGS, Technical Operations Overhead costs, and Royalty costs.

**Synergy Pharmaceuticals Inc., et al.**  Case No. 18-14010 (JLG) (Jointly Administered)
**Debtors-in-Possession**  Reporting Period: March 1, 2019 to March 31, 2019
**MOR - 3**
**Balance Sheet**
**As of March 31, 2019**
*(Unaudited)*

### Balance Sheet

| Book Value in U.S. Dollars | Synergy Pharmaceuticals Inc. | Synergy Advanced Pharmaceuticals | Current Period Total |
|---|---:|---:|---:|
| Cash & Equivalents | $ 59,119,902 | $  - | $ 59,119,902 |
| Severance Consideration | 6,697,170 |  | 6,697,170 |
| Accounts Receivable[1] | 1,052,024 | - | 1,052,024 |
| Inventories | - | - | - |
| Prepaids & Other Current Assets[2] | 110,164,127 | - | 110,164,127 |
| **Total Current Assets** | **177,033,223** | **-** | **177,033,223** |
| **Investment In Subsidiaries** | **-** | **-** | **-** |
| **Net Property, Plant & Equipment** | **-** | **-** | **-** |
| Investments | - | - | - |
| Intangible Assets | - | - | - |
| Security Deposits | 64,762 | - | 64,762 |
| Other | - | - | - |
| **Total Other Assets** | **64,762** | **-** | **64,762** |
| **Total Assets** | **177,097,984** | **-** | **177,097,984** |
| DIP Term Loan[3] | 2,151,024 | - | 2,151,024 |
| CRG Term Loan | - | - | - |
| Notes Payable | 18,603,000 | - | 18,603,000 |
| Derivative Financial Instruments | 21,591 | - | 21,591 |
| Trade Accounts Payable | 10,317,002 | - | 10,317,002 |
| Income Taxes Payable | - | - | - |
| Accrued Interest Payable | 465,075 | - | 465,075 |
| Accrued Compensation & Benefits[4] | 7,669,088 | - | 7,669,088 |
| Accrued Expenses & Other Liabilities[2] | 117,967,120 | - | 117,967,120 |
| **Total Current Liabilities** | **157,193,899** | **-** | **157,193,899** |
| Net Long Term Notes Payable | - | - | - |
| Deferred Tax Liability | - | - | - |
| Deferred Rent Expense | - | - | - |
| Other Liabilities | 11,560,715 | - | 11,560,715 |
| **Total Long-Term Liabilities** | **11,560,715** | **-** | **11,560,715** |
| Common Stock | 24,842 | - | 24,842 |
| Paid in Capital | 810,809,760 | - | 810,809,760 |
| Retained Earnings Equity / (Deficit) | (802,491,232) | - | (802,491,232) |
| **Total Stockholder's Equity** | **8,343,370** | **-** | **8,343,370** |
| **Total Liabilities & Stockholder's Equity** | **$ 177,097,984** | **$  -** | **$ 177,097,984** |

[1] The Accounts Receivable balance as presented is net of accrued discounts settled through the wholesaler.
[2] Intercompany balances are included in Other Current Assets and Other Liabilities.
[3] The DIP Term Loan balance as presented includes the back-end fee.
[4] Accured Expenses & Other Liabilities includes the $6,697,170 accrued severance obligation.

| | |
|---|---|
| **Synergy Pharmaceuticals Inc., et al.** | **Case No.** 18-14010 (JLG) (Jointly Administered) |
| **Debtors-in-Possession** | **Reporting Period:** March 1, 2019 to March 31, 2019 |
| **MOR - 4** | |
| **Status of Postpetition Taxes** | |
| **For March 1, 2019 to March 31, 2019** | |
| *(Unaudited)* | |

## Status of Postpetition Taxes

The Debtors hereby submit this attestation regarding the status of postpetition taxes.

[1] I am the Chief Financial Officer and Executive Vice President of Synergy Pharmaceuticals Inc. In that capacity I am generally familiar with the above-captioned Debtors' day-to-day operations, business affairs and books and records as they relate to tax filings and payments. I am authorized to submit this Declaration on behalf of the Debtors.

[2] All statements in the Declaration are based on my personal knowledge and my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and tax filings. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees of the Debtors or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

[3] To the best of my knowledge and except as otherwise set forth in this Monthly Operating Report, all of the Debtors have filed all necessary federal, state and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or payments) all related required postpetition tax payments.

_____         4/26/2019
Gary Carnignani        Date
Executive Vice President and Chief Financial Officer

**Synergy Pharmaceuticals Inc., et al.**  Case No. 18-14010 (JLG) (Jointly Administered)
**Debtors-in-Possession**  Reporting Period: March 1, 2019 to March 31, 2019
**MOR - 4**
**Summary of Unpaid Postpetition Debts**
**For March 1, 2019 to March 31, 2019**
*(Unaudited)*

### Summary of Unpaid Postpetition Debts

| In U.S. Dollars | Current | 1-30 Days | 31-60 Days | Over 60 Days | Current Period Total |
|---|---:|---:|---:|---:|---:|
| Accounts Payable-Post [1] | $ 501,534 | $ 145,216 | $ 9,710 | $ 179,443 | $ 835,902 |
| Accrued Payroll and Taxes [2] | 6,697,170 | - | - | - | 6,697,170 |
| Accrued Taxes Payable [3] | - | - | - | - | - |
| Accrued Professional Fees | 10,513,467 | - | - | - | 10,513,467 |
| Other Accrued Expenses and Liabilities | 570,263 | - | - | - | 570,263 |
| DIP Term Loan | - | - | - | - | - |
| **Total Postpetition Debts** | **$ 18,282,434** | **$ 145,216** | **$ 9,710** | **$ 179,443** | **$ 18,616,802** |

(Column header note: Number of Days Past Due spans Current, 1-30 Days, 31-60 Days, Over 60 Days.)

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The Debtors are not aware of any other past-due postpetition debts as of March 31, 2019.

[1] Accounts Payable includes Trade, Non-Trade, and Rent & Lease-related payables. Past-due amounts relate to invoices sent to the Debtors prior to filing for both pre and postpetition services. The timing of payments for past-due amounts was impacted by the holidays and staff vacations. Payments for undisputed amounts have subsequently been made.

[2] The amount presented for Accrued Payroll is composed solely of the accrued severance obligation.

[3] The Debtors work with their tax professionals to determine accrued tax estimates as part of their annual tax return preparation.

[4] Certain accruals above are not "aged" within the Debtors' financial systems. Those amounts are shown in the current bucket.

| | |
|---|---|
| **Synergy Pharmaceuticals Inc., et al.** | **Case No.** 18-14010 (JLG) (Jointly Administered) |
| **Debtors-in-Possession** | **Reporting Period:** March 1, 2019 to March 31, 2019 |

**MOR - 5**
**Accounts Receivable Reconciliation and Aging**
**For March 1, 2019 to March 31, 2019**
*(Unaudited)*

### Accounts Receivable Reconciliation

| In U.S. Dollars | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period (as of 3/1/19) | $ 11,421,745 |
| *Plus:* Amounts billed during the period (3/1/19 - 3/5/19) | 34,535 |
| *Less:* Amounts collected during the period (3/1/19 to 3/5/19) | (335,182) |
| **Total Accounts Receivable as of 3/5/2019** | **$ 11,121,098** |
| *Plus:* Amounts billed during the period (3/6/19 - 3/31/19) | - |
| *Less:* Amounts collected during the period (3/6/19 - 3/31/19) | (1,309,187) |
| *Less:* Amounts transferred to Bausch per APA | (8,759,888) |
| **Total Accounts Receivable at the end of the reporting period** | **$ 1,052,024** |

### Accounts Receivable Aging

| In U.S. Dollars | Amount |
|---|---:|
| Current | $ - |
| 1 - 30 days old | 1,049,984 |
| 31 - 60 days old | (1,699) |
| 61 - 90 days old | (346) |
| 91+ days old | 4,085 |
| **Total Accounts Receivable** | **$ 1,052,024** |
| *Amount considered uncollectible (Bad Debt)* | - |
| **Accounts Receivable (Net)** | **$ 1,052,024** |

**Synergy Pharmaceuticals Inc., et al.**
**Debtors-in-Possession**
**MOR - 6**
**Payments to Estate Professionals**
**For March 1, 2019 to March 31, 2019**
*(Unaudited)*

Case No. 18-14010 (JLG) (Jointly Administered)
Reporting Period: March 1, 2019 to March 31, 2019

### Schedule of Professional Fees and Expenses Paid

| Payee | Period Covered | Amount Approved | Payor | Date of Wire / Check Cut | Amount Paid This Period | | Case-To-Date | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Fees | Expenses | Fees | Expenses |
| **Payments to Estate Professionals** | | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom LLP | March 1 - March 31, 2019 | $ 1,579,622 | Synergy Pharmaceuticals Inc. | 3/27/19 | $ 1,512,921 | $ 66,701 | $ 2,687,799 | $ 92,289 |
| Togut, Segal & Segal | March 1 - March 31, 2019 | - | N/A | N/A | - | - | - | - |
| FTI Consulting | March 1 - March 31, 2019 | - | N/A | N/A | - | - | - | - |
| Centerview Partners LLC | March 1 - March 31, 2019 | - | N/A | N/A | - | - | - | - |
| Prime Clerk (Admin Advisory) | March 1 - March 31, 2019 | - | N/A | N/A | - | - | - | - |
| Prime Clerk (Claims/Noticing) | March 1 - March 31, 2019 | 96,196 | Synergy Pharmaceuticals Inc. | 3/28/19 | 63,446 | 32,750 | 173,974 | 288,011 |
| **Total Paid to Estate Professionals** | | **$ 1,675,818** | | | **$ 1,576,366** | **$ 99,452** | **$ 2,861,773** | **$ 380,300** |
| | | | | | | | | |
| **Payments to Non-Bankruptcy Estate Professionals [1]** | | | | | | | | |
| Donohoe Advisory Associates, LLC | March 1 - March 31, 2019 | $ 12,961 | N/A | 3/19/19 | $ 12,925 | $ 36 | $ 12,925 | $ 36 |

[1] Donohoe Advisory Associates is a consultancy firm that has been retained to assist the Debtors with retaining their listing on NASDAQ. While the firm is not considered a bankruptcy-related professional, they have been included on this schedule per request from the Office of the US Trustee.

Synergy Pharmaceuticals Inc., et al.  
Debtors-in-Possession  
MOR - 7  
Debtor Questionnaire  
For March 1, 2019 to March 31, 2019  

Case No. 18-14010 (JLG) (Jointly Administered)  
Reporting Period: March 1, 2019 to March 31, 2019  

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | X[1] | |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. | Is the Debtor delinquent in the timely filing of any postpetition tax returns? | | X |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6. | Have any payments been made on prepetition liabilities this reporting period? | X[2] | |
| 7. | Are any postpetition receivables (accounts, notes or loans) due from related | | X |
| 8. | Are any postpetition payroll taxes past due? | | X |
| 9. | Are any postpetition State or Federal income taxes past due? | | X |
| 10. | Are any postpetition real estate taxes past due? | | X |
| 11. | Are any other postpetition taxes past due? | | X |
| 12. | Have any prepetition taxes been paid during this reporting period? | X[3] | |
| 13. | Are any amounts owed to postpetition creditors delinquent? | | X |
| 14. | Are any wage payments past due? | | X |
| 15. | Have any postpetition loans been received by the Debtor from any party? | | X |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

[1] As authorized pursuant to the APA and sale to Bausch Health entered by the court, the Debtors have sold or transferred assets outside the normal course of business during this reporting period.

[2] As authorized pursuant to various First-Day orders entered by the Court, the Debtors made certain payments on account of prepetition liabilities during the reporting period.

[3] As authorized pursuant to certain First-Day orders entered by the Court, the Debtors made certain payments on account of prepetition tax liabilities during the reporting period.