**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SYNERGY PHARMACEUTICALS INC.***, et al.,* [1] | **Case No. 18-14010 (JLG)** |
| **Debtors.** | **Jointly Administered** |
|  | **Objection Deadline: June 26, 2019** |

**THIRD MONTHLY STATEMENT AND FINAL FEE APPLICATION OF ALVAREZ &
MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
<u>DECEMBER 20, 2018 THROUGH APRIL 30, 2019</u>**

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | February 26, 2019, *nunc pro tunc* to December 20, 2018 |
| <u>Monthly</u> Period for which compensation and reimbursement is sought: | April 1, 2019 through April 30, 2019 ("Compensation Period") |
| <u>Monthly</u> Amount of Compensation sought as actual, reasonable and necessary: | $77,337.00 |
| <u>Monthly</u> Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $93.28 |
| <u>Total</u> Period for which compensation and reimbursement is sought: | December 20, 2018 through April 30, 2019 ("Application Period") |
| <u>Total</u> Amount of Compensation Sought as actual, reasonable and necessary: | $997,353.80 |
| <u>Total</u> Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $5,638.81 |
| This is a(n): | ✓ Monthly ___ Interim ✓ Final application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Synergy Pharmaceuticals Inc. (5269); Synergy Advanced Pharmaceuticals, Inc. (4596). The address of the Debtors' corporate headquarters is 420 Lexington Avenue, Suite 2012, New York, New York 10170.

**Requested Payment Amount:**

| | |
|---|---|
| Fees at 100% | **$ 997,353.80** |
| Expenses at 100% | **5,638.81** |
| Total: | **$ 1,002,992.61** |

| Statements Served During the Application Period | | | | | | |
|---|---|---|---|---|---|---|
| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Outstanding |
| 3/14/19 [552] | 12/20/18 - 2/28/19 | $809,326.80 | $5,483.00 | $647,461.44 | $5,483.00 | $161,865.36 |
| 4/15/19 [672] | 3/01/19 - 3/31/19 | 98,190.00 | 62.53 | 78,552.00 | 62.53 | 19,638.00 |
| 6/11/19 | 4/01/19 - 4/30/19 | 77,337.00 | 93.28 | 0.00 | 0.00 | 77,430.28 |
| | Application Preparation | 12,500.00 | 0.00 | 0.00 | 0.00 | 12,500.00 |
| | **TOTALS** | **$997,353.80** | **$5,638.81** | **$726,013.44** | **$5,545.53** | **$271,433.64** |

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the cases of the above-captioned debtor and debtors in possession (collectively, the "Debtors"), hereby submits its third monthly statement and final fee application (the "Application") in accordance with the *Order Granting Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 24, 2019 [Docket No. 262] (the "Interim Compensation Order"), seeking compensation and reimbursement of expenses for the period from December 20, 2018 through April 30, 2019. In support hereof, A&M respectfully represents as follows:

**INTRODUCTION**

1.      A&M submits this Application for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C §§ 101 et seq, as amended (the "Bankruptcy Code").  By this Application, A&M seeks final approval of compensation for actual and necessary professional services rendered in the amount of $984,853.80 and reimbursement of expenses in the amount of $5,638.81 during the Application Period. Pursuant to the Interim Compensation Order, A&M is entitled to receive payment of one-hundred percent (100%) of fees and one-hundred percent (100%) of expenses incurred from December 20, 2018 through April 30, 2019 in the aggregate amount of $1,002,992.61 including (i) 100% of fees in the amount of $997,353.80, and (ii) 100% of expenses in the amount of $5,638.81.

2.      A&M has served to the Notice Parties (as defined below) the monthly fee statements for the periods of (i) December 20, 2018 through February 28, 2019; and (ii) March 1, 2019 through March 31, 2019.

**JURISDICTION AND VENUE**

3.      This Court has jurisdiction over this Statement pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B).  Venue of this proceeding and this Statement is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

**BACKGROUND**

4.      On December 12, 2018 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of their businesses and operation of their properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on December 20, 2018, the United States Trustee appointed the Committee in the Debtors' cases.

6.      On February 26, 2019, this Court entered an order approving the retention of A&M as financial advisor to the Committee effective December 20, 2018 [Docket No. 451].

### SERVICES  RENDERED AND EXPENSES INCURRED

7.      The Debtors' chapter 11 cases have presented numerous large and complex issues that had to be addressed to preserve and maximize value for unsecured creditors. The Retention Order authorizes A&M to render financial advisory services to the Committee.

8.      The total number of hours expended by A&M professionals in performing professional services for the Committee during the Application Period was 1,618.8 hours, including 120.8 hours rendered on behalf of the Committee for the Compensation Period.  Pursuant to the Retention Order, A&M is entitled to compensation for its services provided to the Committee of $997,353.80, plus reimbursement of necessary out of pocket expenses.

9.      A&M also expended costs in the sum of $5,638.81 during the Application Period, including $93.28 during the Compensation Period.

10.     The following exhibits are attached hereto for the Compensation Period: (i) Exhibit "A" is a summary of time detail by professional; (ii) Exhibit "B" is a summary of time by project category; (iii) Exhibit "C" is the itemized daily time records by project category; (iv) Exhibit "D" is a summary of expenses by category; and (v) Exhibit "E" is the itemized expense detail by professional.

11.     The following exhibits are attached hereto for the Application Period: (i) Exhibit "F" is a summary of time detail by professional; (ii) Exhibit "G" is a summary of time by project category; and (iii) Exhibit "H" is a summary of expenses by category. Detailed time descriptions

for each professional, organized by project category and by date, and detailed expense descriptions, organized by category and by date, during periods preceding the Compensation Period can be found in the previously filed monthly fee statements.

### STATEMENT FROM ALVAREZ & MARSAL NORTH AMERICA, LLC

12.     At all relevant times, A&M has been a disinterested person, as that term is defined at § 101(14) of the Bankruptcy Code, as modified by § 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

13.     A&M has received no payment and no promises for payment from any source (other than the Debtors) for services rendered or to be rendered in any capacity whatsoever in conjunction with the matters covered by this Application. No agreement or understanding exists between A&M and any other entity (other than shareholders or employees of A&M) for the sharing of compensation received or to be received for services rendered in, or in conjunction with, these cases.

14.     All services for which A&M requests compensation were performed at the direction or instruction of the Committee and on behalf of the Committee. The professional services and related expenses for which A&M requests allowance of compensation and reimbursement of expenses were rendered and incurred in conjunction with these cases in the discharge of A&M's professional responsibilities as financial advisors to the Committee in the Debtors' chapter 11 cases.

15.     A&M respectfully submits that, in accordance with §328 of the Bankruptcy Code, A&M is entitled to the compensation requested in this Application.  A&M further submits that the services provided were necessary and beneficial to the Committee, the Debtors' estates, creditors

and other parties in interest, and as such the compensation being sought for its services is fair and reasonable pursuant to §330 of the Bankruptcy Code.

16. In accordance with the Interim Compensation Procedures, notice of this Final Fee Application has been or will be provided to (a) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn.: Lisa Laukitis, Esq. (Lisa.Laukitis@skadden.com) and Christine A. Okike, Esq. (Christine.Okike@skadden.com), and 155 North Wacker Drive, Chicago, Illinois 60606, Attn.: Ron E. Meisler, Esq. (Ron.Meisler@skadden.com), Christopher M. Dressel, Esq. (Christopher.Dressel@skadden.com), and Anthony Joseph, Esq. (Anthony.Joseph@skadden.com); (b) William K. Harrington, United States Trustee For Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn.: Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov), Benjamin J. Higgins, Esq. (benjamin.j.higgins@usdoj.gov), and Richard C. Morrissey, Esq. (richard.morrissey@usdoj.gov); (c) counsel to the administrative agent under the Debtors' prepetition term loan facility and DIP facility, Venable LLP, 1270 Avenue of the Americas, New York, New York 10020, Attn.: Jeffrey S. Sabin, Esq. (jssabin@venable.com); (d) counsel to the Committee, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Attn.: Richard A. Levy, Esq. (richard.levy@lw.com) and Matthew L. Warren, Esq. (matthew.warren@lw.com), and 885 Third Avenue, New York, New York 10022, Attn.: Jeffrey Mispagel, Esq. (jeffrey.mispagel@lw.com); and (e) counsel to the Official Committee of Equity Security Holders; Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166- 0193, Attn.: David Feldman, Esq. (dfeldman@gibsondunn.com) and Matthew K. Kelsey, Esq. (mkelsey@gibsondunn.com) (collectively, the "Notice Parties").

(collectively, the "Notice Parties").  A&M submits that, considering the relief requested, no other or further notice need be provided.

## NO PRIOR REQUEST

17.    No prior application for the relief requested herein has been made to this or any other court.

**WHEREFORE**, A&M respectfully requests that the Court enter an order: (i) approving and allowing on a final basis the compensation and reimbursement of actual and necessary costs and expenses requested herein; (ii) approving the payment of the 100% of allowed fees and expenses and (iii) providing such further relief as may be just and proper.

Dated: June 11, 2019                          ALVAREZ & MARSAL NORTH AMERICA, LLC


By:        /s/ Mark Greenberg
Mark Greenberg
600 Madison Avenue, 7th Floor
New York, NY 10022
Telephone:  212-328-8562
E-mail:  mgreenberg@alvarezandmarsal.com

ALVAREZ & MARSAL NORTH AMERICA, LLC
600 Madison Avenue, 7th Floor
New York, NY 10022
Telephone (212) 328-8562
Facsimile: (212) 759-5532

*Financial Advisors for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SYNERGY PHARMACEUTICALS INC.,** *et al.,* [1] | **Case No. 18-14010 (JLG)** |
| **Debtors.** | **Jointly Administered** |
| | **Objection Deadline: June 26, 2019** |

**CERTIFICATION OF MARK GREENBERG IN SUPPORT OF THIRD MONTHLY STATEMENT AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>DECEMBER 20, 2018 THROUGH APRIL 30, 2019</u>**

I, Mark Greenberg, hereby certify that:

1.      I am a Managing Director with the applicant firm, A&M,[2] with responsibility for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Synergy Pharmaceuticals Inc. (5269); Synergy Advanced Pharmaceuticals, Inc. (4596). The address of the Debtors' corporate headquarters is 420 Lexington Avenue, Suite 2012, New York, New York 10170.

[2] Capitalized terms not defined herein shall have the meaning set forth in the *Third Monthly Statement and Final Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from December 20, 2018 through April 30, 2019* (the "<u>Application</u>").

1

assisting and advising the Committee appointed in the cases of the above-captioned Debtors, and compliance with the Interim Compensation Order, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013) (the "Local Guidelines"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "UST Guidelines" and, together with the Local Guidelines, the "Fee Guidelines").

2.      This certification is made in conjunction with the Application for compensation and reimbursement of expenses for the Application Period in accordance with the Fee Guidelines.

3.      Pursuant to section B(1) of the Local Guidelines, I certify that:

   a.      I have read the Application;

   b.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Local Guidelines.

   c.      The fees and expenses sought are billed at rates in accordance with those customarily charged by A&M and generally accepted by A&M clients; and

   d.      In providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in-house or through a third party.

4.      Pursuant to section B(2) of the Local Guidelines, I certify that A&M has previously provided monthly statements of A&M's fees and expenses by filing and serving monthly statements in accordance with the Interim Compensation Order.

2

5. Pursuant to section B(3) of the Local Guidelines, I certify that: (a) the Debtors; (b) the chair of the Committee; and (c) the Office of the United States Trustee for the Southern District of New York will be provided with a copy of the Application concurrently with the filing thereof and will have at least 14 days to review such Application prior to any objection deadline with respect thereto.

Dated: June 11, 2019                          ALVAREZ & MARSAL NORTH AMERICA, LLC


                                              By:        /s/ Mark Greenberg
                                              Mark Greenberg
                                              600 Madison Avenue, 7th Floor
                                              New York, NY 10022
                                              Telephone: 212-328-8562
                                              E-mail: mgreenberg@alvarezandmarsal.com

3

*Exhibit A*

*Synergy Pharmaceuticals Inc., et al.*
*Summary of Time Detail by Professional*
*April 1, 2019 through April 30, 2019*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Mark Greenberg | Managing Director | $850 | 49.3 | 41,905.00 |
| Richard Newman | Managing Director | $850 | 19.7 | 16,745.00 |
| Seth Waschitz | Director | $675 | 16.4 | 11,070.00 |
| Sean Skinner | Associate | $500 | 20.5 | 10,250.00 |
| Michael Sullivan | Analyst | $400 | 14.9 | 5,960.00 |
| **Subtotal** | | | **120.8** | **$85,930.00** |
| | | | | |
| Less: 10% Voluntary Reduction | | | | (8,593.00) |
| **Grand Total** | | | | **$77,337.00** |

*Exhibit B*

*Synergy Pharmaceuticals Inc., et al.*
*Summary of Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Project Category | Hours | Fees |
|---|---|---|
| Cash Budget | 29.4 | 19,027.50 |
| Claims / Liabilities Subject to Compromise | 24.1 | 15,970.00 |
| Court Attendance / Participation | 3.0 | 1,612.50 |
| Fee Application | 4.7 | 2,240.00 |
| General Correspondence with Debtors & Debtors' Professionals | 0.8 | 610.00 |
| General Correspondence with UCC & UCC Counsel | 5.0 | 3,812.50 |
| Insurance Matters | 3.0 | 2,550.00 |
| Miscellaneous Motions | 3.6 | 3,060.00 |
| Plan of Reorganization / Disclosure Statement | 23.0 | 17,002.50 |
| Potential Avoidance Actions / Litigation Matters | 23.1 | 19,215.00 |
| SOFAs & SOALs | 0.5 | 425.00 |
| Travel | 0.6 | 405.00 |
| **Total** | **120.8** | **$85,930.00** |
| Less: 10% Voluntary Reduction | | (8,593.00) |
| **Grand Total** | | **$77,337.00** |

*Exhibit C*

*Synergy Pharmaceuticals Inc., et al.*
*Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Cash Budget** | | | |
| Greenberg, Mark | Apr-1 | 1.1 | Participate on call with Debtors' advisor to discuss wind-down budget |
| Newman, Richard | Apr-1 | 1.1 | Participate on call with FTI to discuss wind-down budget |
| Waschitz, Seth | Apr-1 | 1.1 | Participate on call with FTI re: wind-down budget |
| Newman, Richard | Apr-1 | 0.8 | Review wind-down budget |
| Skinner, Sean | Apr-1 | 0.2 | Prepare wind-down budget analysis |
| Skinner, Sean | Apr-1 | 0.2 | Correspond with Debtors' advisor re: sale close flow of funds |
| Waschitz, Seth | Apr-1 | 0.3 | Review wind-down budget |
| Greenberg, Mark | Apr-2 | 1.4 | Analyze wind-down budget |
| Greenberg, Mark | Apr-2 | 0.3 | Correspond with advisor to CRG re: wind-down budget |
| Greenberg, Mark | Apr-2 | 0.2 | Correspond with Debtors re: wind-down budget |
| Newman, Richard | Apr-2 | 0.4 | Review wind-down budget |
| Skinner, Sean | Apr-2 | 1.4 | Prepare wind-down budget analysis |
| Waschitz, Seth | Apr-2 | 0.6 | Review updated wind-down budget and allocations between plan administrator and litigation trust |
| Greenberg, Mark | Apr-3 | 0.2 | Correspond with advisor to CRG re: wind-down budget |
| Greenberg, Mark | Apr-3 | 0.3 | Participate on call with Debtors to discuss wind-down budget |
| Greenberg, Mark | Apr-3 | 0.4 | Prepare UCC presentation re: wind-down budget |
| Skinner, Sean | Apr-4 | 0.6 | Review DIP budget variance report |
| Sullivan, Michael | Apr-4 | 1.6 | Analyze Debtors' weekly cash variance summary |
| Sullivan, Michael | Apr-11 | 1.6 | Analyze Debtors' weekly cash variance summary |
| Waschitz, Seth | Apr-11 | 0.1 | Correspond with FTI re: weekly reporting update |
| Newman, Richard | Apr-16 | 1.3 | Review plan budget and employee documents |
| Skinner, Sean | Apr-17 | 0.2 | Review DIP variance summary |
| Waschitz, Seth | Apr-17 | 0.2 | Review weekly DIP budget variance report |
| Skinner, Sean | Apr-17 | 0.2 | Review wind-down budget and post-effective date employment |
| Waschitz, Seth | Apr-17 | 0.3 | Review wind-down budget and employee wind-down schedule |
| Waschitz, Seth | Apr-17 | 0.2 | Correspond with Latham re: employee wind-down schedule |
| Sullivan, Michael | Apr-18 | 0.2 | Review Debtors' wind-down budget |
| Waschitz, Seth | Apr-18 | 0.4 | Analyze wind-down budget re: employees |
| Skinner, Sean | Apr-21 | 0.4 | Review professional fees settlement agreement |

*Exhibit C*

*Synergy Pharmaceuticals Inc., et al.*
*Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Skinner, Sean | Apr-24 | 0.2 | Review DIP variance summary |
| Sullivan, Michael | Apr-25 | 1.3 | Prepare professional fee estimate |
| Greenberg, Mark | Apr-26 | 0.3 | Prepare professional fee estimate |
| Greenberg, Mark | Apr-26 | 0.2 | Correspond with UCC counsel re: budgeted professional fees |
| Sullivan, Michael | Apr-26 | 0.8 | Analyze Debtors' weekly cash variance summary |
| Sullivan, Michael | Apr-29 | 1.1 | Prepare professional fee estimate |
| Greenberg, Mark | Apr-30 | 0.4 | Participate on call with Debtors' advisor to discuss sources and uses of cash |
| Waschitz, Seth | Apr-30 | 0.4 | Participate on call with FTI re: sources and uses schedule |
| Greenberg, Mark | Apr-30 | 2.1 | Analyze Debtors' cash sources and uses |
| Greenberg, Mark | Apr-30 | 0.9 | Reconcile Debtors' weekly cash balance |
| Newman, Richard | Apr-30 | 0.2 | Review effective date sources and uses |
| Skinner, Sean | Apr-30 | 2.9 | Review effective date sources and uses |
| Waschitz, Seth | Apr-30 | 0.9 | Review effective date sources and uses |
| Greenberg, Mark | Apr-30 | 0.4 | Participate on call with Debtors re: reserves and sources and uses of cash |
| **Subtotal** | | **29.4** | |

| **Claims / Liabilities Subject to Compromise** | | | |
|---|---|---|---|
| Greenberg, Mark | Apr-1 | 0.9 | Review general unsecured claims pool |
| Skinner, Sean | Apr-16 | 0.4 | Review claims settlement order |
| Skinner, Sean | Apr-18 | 0.8 | Participate on call with FTI re: administrative and priority claims reserve |
| Waschitz, Seth | Apr-18 | 0.8 | Participate on call with FTI re: administrative and priority claims schedule |
| Greenberg, Mark | Apr-18 | 0.3 | Analyze administrative and priority claims |
| Skinner, Sean | Apr-18 | 1.9 | Review administrative and priority claims reserve |
| Sullivan, Michael | Apr-18 | 0.7 | Review administrative and priority claims |
| Waschitz, Seth | Apr-18 | 1.6 | Review administrative and priority claims schedule |
| Greenberg, Mark | Apr-21 | 0.3 | Correspond with UCC counsel re: administrative and priority claims |
| Skinner, Sean | Apr-21 | 0.5 | Resolve follow-up questions re: admin & priority reserve |
| Waschitz, Seth | Apr-21 | 0.7 | Resolve follow-up questions re: admin and priority claims schedule |
| Skinner, Sean | Apr-22 | 0.3 | Review administrative & priority reserve |
| Waschitz, Seth | Apr-22 | 0.2 | Correspond with FTI re: admin and priority claims schedule |
| Waschitz, Seth | Apr-23 | 0.3 | Participate on call with Latham re: admin claims - consent reserve |

*Exhibit C*

*Synergy Pharmaceuticals Inc., et al.*
*Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Skinner, Sean | Apr-23 | 0.2 | Participate on call with UCC counsel re: administrative and priority reserve |
| Newman, Richard | Apr-23 | 0.7 | Review potential administrative claims |
| Skinner, Sean | Apr-23 | 0.2 | Review committee member voting claim amount |
| Skinner, Sean | Apr-24 | 0.3 | Correspond with Debtors' advisors re: admin & priority reserve and claims |
| Newman, Richard | Apr-26 | 1.8 | Review unsecured claims pool |
| Newman, Richard | Apr-29 | 0.6 | Participate on call with FTI and litigation trustee re: claims overview |
| Skinner, Sean | Apr-29 | 0.6 | Participate on call with litigation trustee and FTI re: claims overview |
| Waschitz, Seth | Apr-29 | 0.6 | Participate on call with litigation trustee and FTI re: claims overview |
| Newman, Richard | Apr-29 | 0.2 | Participate on call with litigation trustee re: claims follow-up |
| Greenberg, Mark | Apr-29 | 0.2 | Correspond with Debtors re: unsecured claims reconciliation |
| Newman, Richard | Apr-29 | 0.4 | Review FTI claims presentation |
| Skinner, Sean | Apr-29 | 0.3 | Review unsecured claims pool estimate |
| Waschitz, Seth | Apr-29 | 0.2 | Review FTI report on unsecured claims pool estimate |
| Greenberg, Mark | Apr-30 | 0.7 | Correspond with UCC member re: professional fee reserve |
| Greenberg, Mark | Apr-30 | 0.3 | Analyze professional fee claim reserve |
| Newman, Richard | Apr-30 | 0.2 | Correspond with UCC counsel re: professional reserve issues |
| Skinner, Sean | Apr-30 | 0.7 | Review professional fee reserve |
| Waschitz, Seth | Apr-30 | 0.2 | Analyze professional fee reserve amounts |
| Greenberg, Mark | Apr-30 | 0.7 | Analyze admin and priority claims reserve |
| Greenberg, Mark | Apr-30 | 0.4 | Correspond with Debtors re: reserve funding |
| Skinner, Sean | Apr-30 | 1.0 | Review omnibus motions to reduce / disallow claims |
| Skinner, Sean | Apr-30 | 2.2 | Review admin and priority claims reserve |
| Waschitz, Seth | Apr-30 | 0.6 | Review severance reserve adjustments |
| Newman, Richard | Apr-30 | 1.1 | Review final reserve estimates |
| **Subtotal** | | **24.1** | |

| Court Attendance / Participation | | | |
|---|---|---|---|
| Sullivan, Michael | Apr-23 | 1.5 | Attend court hearing telephonically re: plan confirmation hearing |
| Waschitz, Seth | Apr-23 | 1.5 | Attend plan of reorganization confirmation hearing |
| **Subtotal** | | **3.0** | |

*Exhibit C*

*Synergy Pharmaceuticals Inc., et al.*
*Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Fee Application** | | | |
| Sullivan, Michael | Apr-11 | 1.1 | Prepare March fee statement |
| Sullivan, Michael | Apr-13 | 1.7 | Prepare March fee statement |
| Greenberg, Mark | Apr-15 | 0.8 | Review March fee statement |
| Sullivan, Michael | Apr-15 | 1.1 | Prepare March fee statement |
| **Subtotal** | | **4.7** | |
| **General Correspondence with Debtor & Debtors' Professionals** | | | |
| Newman, Richard | Apr-22 | 0.4 | Correspond with FTI re: litigation trust and administrative costs |
| Waschitz, Seth | Apr-22 | 0.4 | Correspond with FTI re: employee costs between litigation trust and plan admin |
| **Subtotal** | | **0.8** | |
| **General Correspondence with UCC & UCC Counsel** | | | |
| Greenberg, Mark | Apr-2 | 0.5 | Participate on call with UCC counsel to discuss wind-down budget and D&O claims |
| Newman, Richard | Apr-2 | 0.5 | Participate on call with Latham re: D&O claims and wind-down budget |
| Waschitz, Seth | Apr-2 | 0.5 | Participate on call with Latham re: D&O contingency law firms and wind-down budget update |
| Waschitz, Seth | Apr-2 | 0.2 | Correspond with Latham re: D&O contingency law firms and wind-down budget update |
| Greenberg, Mark | Apr-3 | 0.3 | Participate on call with Latham and Jefferies to discuss post-effective date roles and plan supplement |
| Newman, Richard | Apr-3 | 0.3 | Participate on call with UCC professionals re: post-effective date issues |
| Skinner, Sean | Apr-3 | 0.3 | Participate on call with UCC professionals re: wind-down budget and professionals |
| Greenberg, Mark | Apr-3 | 0.6 | Participate on call with UCC to discuss wind-down budget, post-effective date roles and plan supplement |
| Skinner, Sean | Apr-3 | 0.6 | Participate on call with UCC re: wind-down budget and professionals |
| Greenberg, Mark | Apr-3 | 0.5 | Participate on call with Latham to discuss post-effective date roles |
| Newman, Richard | Apr-3 | 0.5 | Participate on committee call to discuss post-effective date issues |
| Greenberg, Mark | Apr-29 | 0.2 | Correspond with UCC member re: professional fees and plan effective date |
| **Subtotal** | | **5.0** | |
| **Insurance Matters** | | | |
| Greenberg, Mark | Apr-2 | 1.4 | Review insurance policies |
| Greenberg, Mark | Apr-5 | 0.8 | Review insurance policies |
| Greenberg, Mark | Apr-24 | 0.8 | Review D&O insurance policies |
| **Subtotal** | | **3.0** | |

*Exhibit C*

*Synergy Pharmaceuticals Inc., et al.*
*Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Miscellaneous Motions** | | | |
| Greenberg, Mark | Apr-16 | 0.8 | Review UCC objections to bidding procedures and motion to appoint independent director |
| Greenberg, Mark | Apr-19 | 2.8 | Review unredacted UCC objections to independent director motion and bidding procedures |
| **Subtotal** | | **3.6** | |
| **Plan of Reorganization / Disclosure Statement** | | | |
| Greenberg, Mark | Apr-1 | 0.2 | Correspond with UCC re: post-effective date roles |
| Waschitz, Seth | Apr-1 | 0.3 | Analyze wind-down employee summary list |
| Waschitz, Seth | Apr-1 | 0.7 | Review plan supplement documents |
| Waschitz, Seth | Apr-1 | 0.2 | Correspond with UCC re: plan supplement documents |
| Greenberg, Mark | Apr-2 | 1.3 | Participate on call with UCC members to discuss post-effective date roles |
| Greenberg, Mark | Apr-2 | 1.7 | Review plan and disclosure statement provisions |
| Greenberg, Mark | Apr-2 | 1.2 | Review draft plan administrator agreement |
| Greenberg, Mark | Apr-2 | 0.2 | Correspond with UCC member re: plan administrator role |
| Newman, Richard | Apr-2 | 0.9 | Review plan administrator agreement |
| Greenberg, Mark | Apr-3 | 0.9 | Review plan and disclosure statement provisions |
| Newman, Richard | Apr-3 | 1.7 | Research and work through open plan administrator issues |
| Greenberg, Mark | Apr-4 | 0.5 | Review revisions to draft plan administration agreement and litigation trust agreement |
| Newman, Richard | Apr-4 | 0.6 | Review plan administration agreement |
| Newman, Richard | Apr-4 | 0.4 | Correspond with legal professional for plan administrator role |
| Greenberg, Mark | Apr-5 | 0.5 | Correspond with Latham re: post-effective date roles and candidates |
| Newman, Richard | Apr-5 | 0.5 | Correspond with Latham re: post confirmation issues |
| Greenberg, Mark | Apr-5 | 1.6 | Review plan and disclosure statement provisions |
| Newman, Richard | Apr-5 | 0.5 | Interview financial professional for plan administrator role |
| Newman, Richard | Apr-5 | 0.3 | Review budget and presentation proposed by financial professional for plan administrator role |
| Greenberg, Mark | Apr-11 | 0.3 | Correspond with UCC counsel re: post-effective date roles |
| Waschitz, Seth | Apr-12 | 0.3 | Review objection of UST to plan confirmation |
| Skinner, Sean | Apr-15 | 0.6 | Review plan tabulation summary |
| Greenberg, Mark | Apr-16 | 0.3 | Review UST's plan objection |
| Greenberg, Mark | Apr-16 | 0.2 | Review plan administrator proposals |
| Skinner, Sean | Apr-16 | 0.3 | Review UST's plan objection |

*Exhibit C*

*Synergy Pharmaceuticals Inc., et al.*
*Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | Apr-16 | 0.4 | Review objection filed by UST to plan and summarize key points |
| Greenberg, Mark | Apr-17 | 1.0 | Review and comment on plan confirmation documents |
| Skinner, Sean | Apr-17 | 1.2 | Review findings of fact, conclusions of law and order confirming plan and related declarations |
| Waschitz, Seth | Apr-17 | 0.6 | Review final plan confirmation documents |
| Skinner, Sean | Apr-18 | 0.2 | Correspond with FTI re: revised ESP forecast |
| Waschitz, Seth | Apr-18 | 0.2 | Participate on call with FTI re: updated ESP waterfall |
| Sullivan, Michael | Apr-18 | 1.0 | Review declaration in support of plan of reorganization |
| Sullivan, Michael | Apr-18 | 1.2 | Review plan administrator agreement |
| Waschitz, Seth | Apr-30 | 0.4 | Participate on call with UCC counsel and Debtors re: effective date schedules |
| Skinner, Sean | Apr-30 | 0.6 | Prepare ESP estimate |
| **Subtotal** | | **23.0** | |

**Potential Avoidance Actions / Litigation Matters**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Greenberg, Mark | Apr-1 | 1.7 | Review litigation trust agreement and provide comments to UCC counsel |
| Greenberg, Mark | Apr-1 | 0.2 | Correspond with UCC counsel re: D&O claims |
| Greenberg, Mark | Apr-3 | 0.6 | Participate on call to discuss selection of litigation trustee |
| Newman, Richard | Apr-3 | 0.6 | Participate on call re: litigation trustee interviews |
| Skinner, Sean | Apr-3 | 0.6 | Participate on call re: litigation trustee pitch and selection |
| Greenberg, Mark | Apr-3 | 0.6 | Correspond with D&O contingency counsel candidates |
| Greenberg, Mark | Apr-4 | 0.7 | Correspond with D&O contingency counsel candidates |
| Greenberg, Mark | Apr-8 | 1.0 | Participate in litigation trustee pitches |
| Newman, Richard | Apr-8 | 1.0 | Participate in litigation trustee pitches |
| Greenberg, Mark | Apr-8 | 0.6 | Prepare for litigation trustee pitches |
| Greenberg, Mark | Apr-8 | 0.6 | Correspond with equity committee representatives re: litigation trustee pitches |
| Greenberg, Mark | Apr-8 | 0.5 | Correspond with potential D&O contingency counsel candidates |
| Greenberg, Mark | Apr-11 | 0.7 | Correspond with potential D&O contingency counsel candidates |
| Greenberg, Mark | Apr-14 | 0.3 | Correspond with UCC counsel re: D&O contingency counsel |
| Greenberg, Mark | Apr-14 | 0.3 | Correspond with prospective D&O contingency counsel |
| Greenberg, Mark | Apr-15 | 0.7 | Correspond with prospective D&O contingency counsel |
| Skinner, Sean | Apr-15 | 0.4 | Identify contingency counsel candidates |
| Greenberg, Mark | Apr-16 | 2.1 | Correspond with prospective D&O contingency counsel |

*Exhibit C*

*Synergy Pharmaceuticals Inc., et al.*
*Time Detail by Project Category*
*April 1, 2019 through April 30, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Richard | Apr-16 | 2.1 | Correspond with potential D&O counsel re: litigation and case issues |
| Greenberg, Mark | Apr-16 | 0.2 | Review revisions to the litigation trust agreement |
| Waschitz, Seth | Apr-16 | 0.2 | Review comments from the equity committee re: litigation trust agreement |
| Greenberg, Mark | Apr-17 | 0.2 | Participate on call with Latham re: D&O contingency counsel |
| Greenberg, Mark | Apr-17 | 0.4 | Correspond with prospective D&O contingency counsel |
| Greenberg, Mark | Apr-18 | 1.4 | Correspond with prospective D&O contingency counsel |
| Greenberg, Mark | Apr-19 | 0.4 | Correspond with UCC counsel re: litigation trust and related professionals |
| Greenberg, Mark | Apr-20 | 0.4 | Review presentation materials presented by prospective D&O counsel |
| Greenberg, Mark | Apr-22 | 0.8 | Correspond with UCC counsel re: litigation trust and related professionals |
| Greenberg, Mark | Apr-23 | 0.5 | Review presentation materials presented by prospective D&O counsel |
| Greenberg, Mark | Apr-25 | 0.2 | Correspond with UCC counsel re: litigation trust and related professionals |
| Waschitz, Seth | Apr-26 | 0.2 | Correspond with FTI re: litigation trustee |
| Greenberg, Mark | Apr-29 | 1.0 | Correspond with prospective D&O contingency counsel candidates |
| Greenberg, Mark | Apr-30 | 0.6 | Correspond with litigation trustee re: budgeted costs and D&O |
| Newman, Richard | Apr-30 | 0.6 | Correspond with litigation trustee re: claims and D&O |
| Greenberg, Mark | Apr-30 | 0.5 | Correspond with UCC counsel re: potential D&O litigation |
| Greenberg, Mark | Apr-30 | 0.2 | Review fees and recoveries presentation provide by D&O contingency counsel candidate |
| **Subtotal** | | **23.1** | |

**SOFAs & SOALs**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Greenberg, Mark | Apr-12 | 0.2 | Correspond with UCC counsel re: SOFAs/SOALs |
| Greenberg, Mark | Apr-29 | 0.3 | Review SOFAs and SOALs |
| **Subtotal** | | **0.5** | |

**Travel**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Waschitz, Seth | Apr-23 | 0.6 | Travel to / from plan of reorganization confirmation hearing (billed at 1/2 time) |
| **Subtotal** | | **0.6** | |

| | | | |
|---|---|---|---|
| **Grand Total** | | **120.8** | |

*Exhibit D*

*Synergy Pharmaceuticals Inc., et al.*
*Expense Summary by Category*
*April 1, 2019 through April 30, 2019*

| Expense Category | Total ($) |
|---|---|
| Miscellaneous | 93.28 |
| **Total** | **$93.28** |

*Exhibit E*

*Synergy Pharmaceuticals Inc., et al.*
*Expense Detail by Category*
*April 1, 2019 through April 30, 2019*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Miscellaneous** | | | |
| Greenberg, Mark | Apr-12 | 11.76 | Wireless usage charges |
| Newman, Richard | Apr-12 | 18.65 | Wireless usage charges |
| Sullivan, Michael | Apr-12 | 4.87 | Wireless usage charges |
| Sullivan, Michael | Apr-23 | 58.00 | CourtCall fee re: attend confirmation hearing telephonically |
| | | **$93.28** | |
| **Grand Total** | | **$93.28** | |

*Exhibit F*

*Synergy Pharmaceuticals Inc., et al.*
*Summary of Time Detail by Professional*
*December 20, 2018 through April 30, 2019*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Mark Greenberg | Managing Director | $850 | 373.7 | 317,645.00 |
| Richard Newman | Managing Director | $850 | 285.0 | 242,250.00 |
| Jason Ivy | Managing Director | $1,000 | 30.9 | 30,900.00 |
| Martin McGahan | Managing Director | $1,000 | 11.3 | 11,300.00 |
| David Griffith | Senior Director | $595 | 0.4 | 238.00 |
| Allison Hoeinghaus | Senior Director | $810 | 35.9 | 29,079.00 |
| Hugh Carey | Director | $700 | 8.4 | 5,880.00 |
| Ana San Luis | Director | $525 | 16.1 | 8,452.50 |
| Seth Waschitz | Director | $675 | 259.0 | 174,825.00 |
| Ryan Wells | Director | $700 | 3.0 | 2,100.00 |
| Curtis Stecke | Manager | $475 | 3.0 | 1,425.00 |
| Thanh Phan | Manager | $475 | 2.1 | 997.50 |
| Marco Blasetti | Associate | $450 | 6.2 | 2,790.00 |
| Meredith Bramer | Associate | $450 | 5.5 | 2,475.00 |
| Andy Burdis | Associate | $450 | 11.1 | 4,995.00 |
| Neha Ahuja | Associate | $300 | 7.4 | 2,220.00 |
| Sean Skinner | Associate | $500 | 327.9 | 163,950.00 |
| Michael Sullivan | Analyst | $400 | 231.9 | 92,760.00 |
| **Subtotal** | | | **1,618.8** | **$1,094,282.00** |
| Less: 10% Voluntary Reduction | | | | (109,428.20) |
| **Grand Total** | | | | **$984,853.80** |

*Exhibit G*

*Synergy Pharmaceuticals Inc., et al.*
*Summary of Time Detail by Project Category*
*December 20, 2018 through April 30, 2019*

| Project Category | Hours | Fees |
|---|---|---|
| Asset Sales | 105.2 | 80,397.50 |
| Case Administration | 12.7 | 8,007.50 |
| Cash Budget | 300.7 | 183,380.00 |
| Claims / Liabilities Subject to Compromise | 102.0 | 61,757.50 |
| Contracts | 11.0 | 6,960.00 |
| Court Attendance / Participation | 49.9 | 33,800.00 |
| Employee Matters | 125.5 | 97,604.00 |
| Fee Application | 42.8 | 19,495.00 |
| Financial & Operational Matters | 34.7 | 22,565.00 |
| Financial Matters (DIP, Exit, Other) | 92.9 | 65,120.00 |
| Firm Retention | 7.8 | 6,045.00 |
| General Correspondence with Debtors & Debtors' Professionals | 11.9 | 8,660.00 |
| General Correspondence with UCC & UCC Counsel | 105.1 | 77,170.00 |
| Insurance Matters | 27.7 | 17,380.00 |
| Miscellaneous Motions | 45.9 | 34,155.00 |
| Monthly Operating Review | 0.6 | 370.00 |
| Plan of Reorganization / Disclosure Statement | 353.2 | 243,462.50 |
| Potential Avoidance Actions / Litigation Matters | 134.7 | 94,395.50 |
| SOFAs & SOALs | 33.0 | 19,430.00 |
| Travel | 21.5 | 14,127.50 |
| **Total** | **1,618.8** | **$1,094,282.00** |

| | | |
|---|---|---|
| Less: 10% Voluntary Reduction | | (109,428.20) |
| **Grand Total** | | **$984,853.80** |

*Exhibit H*

*Synergy Pharmaceuticals Inc., et al.*
*Expense Summary by Category*
*December 20, 2018 through April 30, 2019*

| Expense Category | Total ($) |
| --- | --- |
| Airfare | 2,597.04 |
| Lodging | 1,117.56 |
| Meals | 265.44 |
| Miscellaneous | 484.23 |
| Transportation | 1,174.54 |
| **Total** | **$5,638.81** |